# Court of Appeals
# of the State of Georgia

ATLANTA, May 31, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0056.  WASEEM DAKER v. QUINTON RUSH, ET AL.**

Upon consideration of Appellant's Motion For Extension Of Time To File Application For Discretionary Appeal, the motion is hereby GRANTED. Appellant's application for discretionary appeal is to be filed no later than July, 10, 2017.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, 05/31/2017*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*